**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica J. Roberts, Richard W. Valentine, Jr., Jessie Lee
Crosby, Henry Crosby, Donna Crosby, Chris Lovelace,
and Sherri Lovelace, Defendants,

Of whom Jessica J. Roberts is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-002064

———————————

Appeal From Colleton County
Deborah A. Malphrus, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-426
Submitted September 13, 2016 – Filed October 13, 2016

———————————

**AFFIRMED**

———————————

Marshall L. Horton and Lindsay Yoas Goodman, both of
Horton & Goodman, LLC, of Bluffton, for Appellant.

Jillian D. Ullman, of the South Carolina Department of
Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of the Galvin Law Group, of Bluffton, for the Guardian ad Litem.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Barber v. Barber*, 402 S.C. 96, 97 n.1, 738 S.E.2d 845, 845 n.1 (Ct. App. 2013) (addressing only one of the five issues the husband raised on appeal because he conceded the remaining four issues); *Way v. Way*, 398 S.C. 1, 7 n.7, 726 S.E.2d 215, 219 n.7 (Ct. App. 2012) (finding this court need not address an issue that was conceded on appeal).

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.